```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790
```

FILED
OCT 17 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ TD
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEAL EDWARD PETERSON, JR. ) <br> ) <br> Defendant. ) <br> _____ ) | MAG. NO. 2:06-MJ-276 KJM <br><br> APPLICATION AND ORDER <br> FOR UNSEALING COMPLAINT |

On October 12, 2006, the complaint was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint be unsealed.

DATED:   October 17, 2006          McGREGOR W. SCOTT
                                   United States Attorney


                                   By: /s/ William S. Wong
                                       WILLIAM S. WONG
                                       Assistant U.S. Attorney

                                   ORDER

SO ORDERED:

DATED: October 17, 2006            /s/ Kimberly J. Mueller
                                   HON. KIMBERLY J. MUELLER
                                   U.S. Magistrate Judge

1